**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1240

AMINA AL-HABASHA,

                Plaintiff – Appellant,

        v.

ROANOKE CITY SCHOOLS,

                Defendant – Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge. (7:07-cv-00460-jct)

Submitted:  June 24, 2010          Decided:  June 29, 2010

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Amina Al-Habasha, Appellant Pro Se.   Elizabeth Kay Dillon,
GUYNN, MEMMER & DILLON, PC, Salem, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amina Al-Habasha appeals the district court's order denying her motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b), in which she sought to reinstate her employment discrimination action, which was dismissed after she failed to effect service on the Defendant despite several extensions of time to do so. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. Al-Habasha v. Roanoke City Schs., No. 7:07-cv-00460-jct (W.D. Va. Feb. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED